UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

EMILY MORRISON.,                    :        21-Cv-1859 (SHS)

                Plaintiff,         :        ORDER
-v-
                                         :

SCOTIA CAPITAL (USA) INC. and JAKE
LAWRENCE,                           :

                Defendants.       :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      An initial pretrial conference having been held today via telephone, with counsel for all parties participating.

      IT IS HEREBY ORDERED that:

    1.    The last day for plaintiff to file an amended complaint is January 5, 2022; and

    2.    There will be a pretrial conference on January 12, 2022, at 2:00 p.m.

Dated: New York, New York
       November 10, 2021

                                        SO ORDERED:

                                        Sidney H. Stein, U.S.D.J.