UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| EMILY MORRISON., | : | 21-Cv-1859 (SHS) |
| Plaintiff, | : | ORDER |
| -v- | : | |
| SCOTIA CAPITAL (USA) INC. and JAKE LAWRENCE, | : | |
| Defendants. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A status conference having been held today via telephone, with counsel for all parties participating.

      IT IS HEREBY ORDERED that:

1. The last day for defendants to file motions in response to the amended complaint is February 2, 2022;

2. Plaintiff's opposition is due on or before March 2, 2022;

3. The reply is due on or before March 23, 2022; and

4. The stay of discovery remains in effect.

Dated: New York, New York
       January 12, 2022

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.