UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

EMILY MORRISON., : 21-Cv-1859 (SHS)

              Plaintiff, : ORDER

  -v- :

SCOTIA CAPITAL (USA) INC. and JAKE
LAWRENCE, :

            Defendants. :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that there will be a pretrial conference on Thursday, September 28, 2023, at 10:30 a.m. in Courtroom 23A for the Court to render its decision on the pending motions in this matter.

Dated: New York, New York
       September 15, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.