UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

EMILY MORRISON.,                                  :        21-Cv-1859 (SHS)

                              Plaintiff,          :        ORDER

              -v-

                                                  :

SCOTIA CAPITAL (USA) INC.,

                                                  :

                              Defendant.

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        The Court having read a decision into the record on defendants' motions to dismiss, and a
status conference having been held, with counsel for all parties present,

        IT IS HEREBY ORDERED that:

        1.      The stay of discovery is lifted;

        2.      Plaintiff may move for leave to further amend her complaint within 10 days after
receipt of the transcript of today's conference;

        3.      Defendant's response to any motion is due within 10 days after the motion is
filed;

        4.      Plaintiff's reply is due within seven days after the response is filed;

        5.      Initial disclosures pursuant to Fed. R. Civ. P. 26(a) shall be exchanged on or
before October 11, 2023;

        6.      Each party may take up to 10 depositions;

        7.      Interrogatories and document demands shall be served on or before October 25,
2023;

        8.      There will be a mid-discovery status conference on December 4, 2023, at 11:00
a.m.;

        9.      Requests for admissions are due by March 6, 2024; and

10.     The last day for fact discovery is April 4, 2024.


Dated: New York, New York
       October 4, 2023

SO ORDERED:

Sidney H. Stein, U.S.D.J.