USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EMILY MORRISON,

                              Plaintiff,

        -against-

SCOTIA CAPITAL (USA) INC.,

                              Defendant.
------------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

**21-CV-1859 (SHS)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

This case has been referred to me for settlement purposes (docket no.56). A telephone conference will be held on **Tuesday, November 14, 2023 at 4:30 p.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers at the scheduled time with counsel for all parties on the line. **Please dial (866) 434-5269, Access code: 4858267**.

        **SO ORDERED**.

Dated: October 17, 2023
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge