UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EMILY MORRISON,

                Plaintiff,

    v.

SCOTIA CAPITAL (USA) INC.,

                Defendant.

21-CV-1859 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

Having held a pretrial conference with counsel for plaintiff appearing telephonically and counsel for defendant appearing in person, the Court HEREBY ORDERS:

1. The last day for fact discovery remains April 4, 2024.

2. A pretrial conference will be held on April 4, 2024, at 10 a.m. in Courtroom 23A.

Dated: New York, New York
        December 4, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.