

**DORSEY**
always ahead

ELIZABETH R. BAKSH
Tel: (212) 415-9204
baksh.elizabeth@dorsey.com

March 27, 2024

MEMO ENDORSED

**BY ECF**

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street, Room 23A
New York, New York 10007

*March 27, 2024. adjourned
April 4 conf adjourned
to July 11, 2024 at 2 p.m.
So ordered.
Sidney H. Stein
USDJ*

Re:  *Morrison v. Scotia Capital (USA) Inc.*, 1:21-cv-01859 (SHS)(KHP)

Dear Judge Stein:

We are counsel for defendant Scotia Capital (USA) Inc. and write in accordance with Rule I.E. of Your Honor's Individual Rules of Practice in Civil Cases to request an adjournment of the status conference currently set for April 4, 2024 at 10:00 a.m. Specifically, we request that the Court adjourn this conference in light of the Court's March 1, 2024 Order extending the deadline for the completion of fact discovery to July 3, 2024 [Dkt. 76]. This is the first request for an adjournment of this conference. Counsel for Plaintiff has consented to this adjournment.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ *Elizabeth R. Baksh*

Elizabeth R. Baksh

Cc:  All Counsel of Record (by ECF)