# G O D D A R D   L A W   P L L C

39 Broadway, Suite 1540 | New York, NY 10006

Office. 646.964.1178

Fax. 212.208.2914

siobhan@goddardlawnyc.com

WWW.GODDARDLAWNYC.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/30/2024
```

April 29, 2024

Hon. Magistrate Judge Katherine J. Parker
United States District Court
Southern District Court of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED:** The Case Management Conference scheduled for Tuesday, May 7, 2024 at 11:45 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to **Tuesday, May 14, 2024 at 12:05 p.m.**

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.   04/30/2024

Re: **Morrison v. Scotia Bank (USA) Inc.**
Civil Action No.: 1:21-cv-01859: Brief Adjournment Request

Dear Judge Parker:

Please be advised, the undersigned is counsel to Plaintiff Emily Morrison ("Plaintiff") in the above-referenced matter. We write to request a brief adjournment of the conference scheduled for May 7, 2024, at 11:45 a.m. The undersigned has a previously scheduled conference in White Plains, NY, that morning and cannot make it back in time for the currently scheduled conference as she had hoped. Plaintiff requests the conference be rescheduled to May 8, 2024, for the same time or anytime thereafter. Defendant does not consent but stated that if the Court does grant Plaintiff's request, it can be available May 8, 2024. If that date is not convenient for the Court, the Parties request that the conference be scheduled at the Court's earliest convenience. This request does not affect the other date, and the Parties will file a joint letter on May 3, 2024. The Parties are also available by phone or video conference if that is easier for the Court.

Thank you for your time and effort in this matter.

Respectfully Submitted,

By___/s/_____

Siobhan Klassen