UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

EMILY MORRISON,

                    Plaintiff,

         -against-

SCOTIA CAPITAL (USA) INC.,

                   Defendant.
-------------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 5/17/2024

**ORDER**

**21-CV-1859 (SHS) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       The Defendant is directed to file the letters attached to ECF No. 93 in the pending

proceedings in other Districts to enforce the subpoenas seeking Plaintiff's medical records.

       **The Clerk of the court is respectfully directed to terminate the motion at ECF No. 93.**


       **SO ORDERED**.

Dated: May 17, 2024
       New York, New York

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge

1