

KRISTA E. BOLLES
(212) 415-9200
bolles.krista@dorsey.com

May 28, 2024

**MEMO ENDORSED**

VIA ECF

The Honorable Judge Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street, Room 23A
New York, NY 10007

Re:   *Morrison v. Scotia Capital (USA) Inc.*, 21-cv-1859 (SHS)(KP)

Dear Judge Stein:

We represent Defendant Scotia Capital (USA) Inc. ("SCUSA") in the above-entitled action. We write on behalf of both parties to request an adjournment of the July 11, 2024 pretrial conference. On December 4, 2023, Your Honor scheduled a pretrial conference for April 4, 2024. (*See* Dkt. 69.) In March 2024, Your Honor granted SCUSA's requests to extend the deadline for the completion of fact discovery from April 4, 2024 to July 3, 2024 and to adjourn the April 4th conference until after the close of fact discovery. (*See* Dkts. 76 and 77.) Your Honor scheduled a pretrial conference on July 11, 2024. (*See* Dkt. 78.)

At a May 14, 2024 case management conference before Magistrate Judge Parker, Magistrate Judge Parker extended several discovery deadlines, including the deadlines for the close of fact discovery and expert discovery until August 30, 2024 and October 11, 2024, respectively. (*See* Dkt. 92.)

In light of the newly extended deadlines for the close of fact and expert discovery, the parties jointly request an adjournment of the July 11, 2024 pretrial conference until after the close of expert discovery on October 11, 2024. Thank you for your consideration.

Respectfully submitted,

*/s/ Krista E. Bolles*
Krista E. Bolles

**In light of the fact that Magistrate Judge Parker is handling this case for general pretrial purposes, the conference before this Court is adjourned *sine die*.**

Dated: New York, New York
         May 28, 2024

SO ORDERED:

Sidney H. Stein, U.S.D.J.