# G O D D A R D  L A W  P L L C

39 Broadway, Suite 1540 | New York, NY 10006

Office. 646.964.1178

Fax. 212.208.2914

siobhan@goddardlawnyc.com

WWW.GODDARDLAWNYC.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/14/2024
```

June 13, 2024

Hon. Magistrate Judge Katherine H. Parker
United States District Court
Southern District Court of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

> **APPLICATION GRANTED:** The Case Management Conference scheduled for June 27, 2024 at 11:00 a.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to Tuesday, July 23, 2024 at 11:00 a.m.
>
> APPLICATION GRANTED
>
> *Katharine H. Parker*
>
> Hon. Katharine H. Parker, U.S.M.J.
>
> 06/14/2024

Re: **Morrison v. Scotia Bank (USA) Inc.**
Civil Action No.: 1:21-cv-01859: Brief Adjournment Request

Dear Judge Parker:

Please be advised, the undersigned is counsel to Plaintiff Emily Morrison ("Plaintiff") in the above-referenced matter. We write to request a brief adjournment of the case management conference scheduled for June 27, 2024, at 11:00 a.m. The undersigned will be attending a previously scheduled out-of-state conference that day. Plaintiff requests the conference be rescheduled to July 1, 2024, for the same time or anytime thereafter. Defendant does not object. If that date is not convenient for the Court, the Parties request that the conference be scheduled at the Court's earliest convenience.

Thank you for your time and effort in this matter.

Respectfully Submitted,

By___/s/_____

Siobhan Klassen