USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/3/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EMILY MORRISON,

                        Plaintiff,

        -against-

SCOTIA CAPITAL (USA) INC.,

                        Defendant.
-----------------------------------------------------------------X

**ORDER ON DISCOVERY REQUESTS**

**21-CV-1859 (SHS) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The Court has reviewed the parties' submissions regarding outstanding depositions. ECF Nos. 111, 117, 118. The Court will hear argument on the requests to extend the deadline for Plaintiff to conduct depositions beyond July 31, 2024, and to extend the length of Plaintiff's deposition, at the status conference scheduled for **Tuesday, July 23rd, at 11:00 a.m**.

      The Court DENIES Plaintiff's motion to compel Defendant to take Plaintiff's deposition on or before July 9, 2024.

      The Court GRANTS Defendant's motion for a protective order with regard to Topics 3 and 9 contained in Plaintiff's notice of a 30(b)(6) deposition. The topics are hereby narrowed as follows:

      3.      Information concerning SCUSA's compensation policy in the New Orleans and New York offices from January 1, 2016 to the present, including how the compensation of Plaintiff as well as any other employee who shared her job title was determined.

      9.      Information concerning written reports/complaints of sex discrimination concerning SCUSA's U.S. Sales Department in which Plaintiff was employed for the period January 1, 2016 through January 30, 2020. Such documents could be an internal complaint,

1

complaint filed with an administrative agency or court, or memorialized in a lawyer's letter to the company on behalf of an employee.

**The Clerk of the Court is respectfully directed to terminate the motions at ECF Nos. 111 and 117.**

**SO ORDERED**.

Dated: July 3, 2024
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge