UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

EMILY MORRISON.,                       :      21-Cv-1859 (SHS)

                Plaintiff,       :      <u>ORDER</u>

    -v-
                                       :

SCOTIA CAPITAL (USA) INC.,
                                       :

                Defendant.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

       Because this matter has been referred to Magistrate Judge Katherine H. Parker for general pretrial supervision, the conference before this Court scheduled for July 11 is cancelled.

Dated: New York, New York
          July 9, 2024

                                                SO ORDERED:

                                           */s/ Sidney H. Stein*
                                           Sidney H. Stein, U.S.D.J.