

# DORSEY
### DORSEY+WHITNEY LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  **10/29/2024**

## MEMO ENDORSED

**NICHOLAS J. PAPPAS**
**(212) 415-9387**
pappas.nicholas@dorsey.com

October 29, 2024

**VIA ECF**

Hon. Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> **APPLICATION GRANTED:**  The Settlement Conference in this matter scheduled for 10/30/2024 is hereby adjourned sine die. Counsel is directed to send a settlement status letter to the court by <u>November 12, 2024.</u>
>
> **APPLICATION GRANTED**
>
> *Katharine H Parker*
>
> Hon. Katharine H. Parker, U.S.M.J.
>
> **10/29/2024**

Re:  ***Morrison v. Scotia Capital (USA) Inc.***, 1:21-cv-01859 (SHS)(KHP)

Dear Judge Parker:

We represent defendant Scotia Capital (USA) Inc. ("SCUSA") in the above-referenced matter, and write jointly with counsel for Plaintiff Emily Morrison, <u>to request that the Court cancel the conference scheduled for October 30, 2024 in light of the parties progress in reaching a settlement.</u>

Respectfully submitted,

*s/Nicholas J. Pappas*

Nicholas J. Pappas

cc:  All counsel of record (via ECF)