UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EMILY MORRISON,

                          *Plaintiff*,

    v.

SCOTIA CAPITAL (USA) INC.,

                        *Defendant*.

Case No. 1:21-cv-01859-SHS

**ORDER AND STIPULATION OF DISMISSAL WITH PREJUDICE**

---

      Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Emily Morrison and Defendant Scotia Capital (USA) Inc., by and through their undersigned counsel, hereby stipulate that the above-captioned action is dismissed with prejudice, without costs or attorney's fees to either party.

Dated: New York, New York
       February 12, 2025

*[signature]*  
Megan S. Goddard  
GODDARD LAW PLLC  
39 Broadway, Suite 1540  
New York, New York 10006  
Phone: (646) 504-8363  
megan@goddardlawnyc.com  
*Counsel for Plaintiff*

/s/ *Nicholas J. Pappas*  
Nicholas J. Pappas  
DORSEY & WHITNEY LLP  
51 W. 52nd Street  
New York, New York 10019  
Phone: (212) 415-9387  
pappas.nicholas@dorsey.com  
*Counsel for Defendant*

 

**Dated: New York, New York**
**February 13, 2025**

**SO ORDERED:**

*[signature]*
Sidney H. Stein, U.S.D.J.

4889-7804-0033\8